**FILED**

JUN 2 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LD; et al.,<br><br>      Plaintiffs-Petitioners,<br><br> v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation; MULTIPLAN, INC.,<br><br>      Defendants-Respondents. | No. 23-80032<br><br>D.C. No. 4:20-cv-02254-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: FRIEDLAND and SUNG, Circuit Judges.

Resolution of this petition is stayed pending issuance of the mandate in *Wit v. United Behavioral Health*, No. 20-17363 et al.