Matthew M. Lavin
matt.lavin@agg.com
Arnall Golden Gregory LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone: 202.677.4030
Facsimile: 202.677.4031

David M. Lilienstein, CA SBN 218923
david@dllawgroup.com
Katie J. Spielman, CA SBN 252209
katie@dllawgroup.com
DL Law Group
345 Franklin St.
San Francisco, CA 94102
Telephone: 415.678.5050
Facsimile: 415.358.8484

Attorneys for Plaintiffs LD et al.

# United States Court Of Appeals
# For The Ninth Circuit

| | |
|---|---|
| LD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United Behavioral Health, Inc., et al., <br><br> Defendants. | Case No. 23-80032 <br><br> Interlocutory Appeal from the United States District Court for the Northern District of California <br><br> 4:20-cv-02254-YGR-JCS <br><br> Hon. Yvonne Gonzalez Rogers <br><br> **Plaintiffs' Unopposed Motion To Voluntarily Dismiss Appeal Pursuant To Fed. R. App. P. 42(b)** |

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiffs-Appellants move the Court for an order dismissing the above-captioned appeal without prejudice. Defendants-Appellees do not oppose this request.

On April 14, 2023, Plaintiffs filed a timely Petition for Interlocutory Appeal of the District Court's denial of their motion for class certification. ECF. No. 1. This Court stayed Plaintiffs' Petition on June 2, 2023 pending issuance of the mandate in a separate appeal involving unrelated plaintiffs, *Wit v. United Behavioral Health*, Nos. 20-17363, 21-15193, 20-17364, 21-15194. *See* Case No. 23-80032, ECF. No. 10. The mandate was issued in *Wit* on September 13, 2023. *See*, *e.g.*, No. 20-17363, ECF No. 153. Since issuing its stay of Plaintiffs' Petition, this Court has not entered any additional orders in this matter.

On December 13, 2023, the District Court held a case management conference with the Parties. The District Court determined, due to developments since originally denying Plaintiffs' motion for class certification, that it would allow Plaintiffs to file a new motion for class certification. In light of this opportunity to file a new motion for class certification, Plaintiffs have agreed to withdraw this interlocutory appeal, subject to this Court's approval.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant their Unopposed Motion to Voluntarily Dismiss their Petition for Interlocutory Appeal. The Parties agree that each will bear their own attorneys' fees and costs

incurred in this Interlocutory Appeal.

Respectfully submitted,

Dated: December 19, 2023             Arnall Golden Gregory LLP

By:    */s/ Matthew M. Lavin*
       Matthew M. Lavin

DL Law Group

By:    */s/ David M. Lilienstein*
       David M. Lilienstein
       Katie J. Spielman

Attorneys for Plaintiffs